SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S 08-cv-00285-MCE-EFB |
| Plaintiff, | **STIPULATED DISMISSAL AND ORDER** |
| vs. | |
| Charles V. Specht, et al, | Complaint Filed:  FEBRUARY 7, 2008 |
| Defendants | |

   **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.  The plaintiff received an OFFER OF JUDGEMENT under FRCP Rule 68, which the plaintiff has accepted.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 16, 2009                    Gordon & Rees, LLP


                                         /s/Catherine L. Manske_____

                                         CATHERINE L. MANSKE,

                                         Attorneys for Defendant,

                                         CHARLES V. SPECHT


                                         Disabled Access Prevents Injury, Inc.


Dated: March 9, 2009                     /s/Scott N. Johnson_____
                                         SCOTT N. JOHNSON
                                         Attorney for Plaintiff



**IT IS SO ORDERED**.


Dated: March 27, 2009

                                         _____
                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL and ORDER              CIV: S-08-cv-00285-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com